IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| J&C PROPERTY COMPANY et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No.  3:17-CV-3037-D |
| | § | |
| GREAT LAKES INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The parties have  advised the court that they have settled this case.  Accordingly, this case is administratively closed for statistical purposes without prejudice to being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

**SO ORDERED**.

October 2, 2018.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE